# Exhibit A

000079
1



**ALARION BANK**

One NE First Avenue
Ocala, FL 34470
(352) 237-4500

Page: 1

Alarion Bank
P.O. Box 1689
Ocala, FL 34478

Alarion Bank - Alarion
Main: (352) 237-4500
Fax:  (352) 854-9784

Riverview Capital Inc

PERIODIC STATEMENT
Date:   Jan 31, 2008
Period: Jan 01, 2008 to Jan 31, 2008
        (31 Days )

ACCOUNT #: DDA -    Alarion Business Checking
                    Alarion Business Checking
                                    Enclosures: 7

Beginning Balance
as of 01/01/08                               2,687.36
  Deposits & Other Credits                   8,567.55
  Checks & Other Debits                      9,932.61
  Average Balance                            2,019.08
Ending Balance
as of 01/31/08                               1,322.30

Charges And Fees
     3 WireTransfer Fee/Dom Incoming            30.00

Charges and Fees Related to Overdrafts and Returned Items

|  | Period-to-date | Year-to-date |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Returned Items Fees | 0.00 | 0.00 |

Transaction Information

| Date | Check# | Description | Amount | Balance |
|---|---|---|---|---|
| 01/02 | 1517 | Check Paid | 109.08- | 2,578.28 |
| 01/03 |  | WireIn-Riverview Capital | 1,150.48 | 3,728.76 |
| 01/03 |  | WireTransfer Fee/Dom Incoming | 10.00- | 3,718.76 |
| 01/10 |  | WireIn- Riverview Capital Inc | 1,649.11 | 5,367.87 |
| 01/10 |  | WireTransfer Fee/Dom Incoming | 10.00- | 5,357.87 |
| 01/10 | 1521 | Check | 1,245.00- | 4,112.87 |
| 01/10 | 1522 | Check | 1,044.00- | 3,068.87 |
| 01/11 | 1520 | Check | 2,500.00- | 568.87 |
| 01/14 |  | Deposit | 3,309.00 | 3,877.87 |
| 01/15 |  | ACH Debit USATAXPYMT, IRS ID: 270841500181235 | 3,309.00- | 568.87 |
| 01/17 |  | WireIn-Riverview Capital | 1,458.96 | 2,027.83 |
| 01/17 |  | WireTransfer Fee/Dom Incoming | 10.00- | 2,017.83 |
| 01/22 | 1523 | Check | 1,631.72- | 386.11 |

000079

**ALARION BANK**

One NE First Avenue
Ocala, FL 34470
(352) 237-4500

2

Alarion Bank
P.O. Box 1689
Ocala, FL  34478

Page: 2
Alarion Bank - Alarion
Main: (352) 237-4500
Fax:  (352) 854-9784

PERIODIC STATEMENT

Account #: DDA-███████            Riverview Capital Inc

Jan 31, 2008

Transaction Information (continued)

| Date | Check# | Description | Amount | Balance |
|------|--------|-------------|--------|---------|
| 01/24 | | Tfr from ████████ AlarionNet Transfer C Riverview Capital In | 1,000.00 | 1,386.11 |
| 01/25 | 1524 | Check Paid | 63.81- | 1,322.30 ✓ |

Check Information

| Date | Check# | Amount | | Date | Check# | Amount |
|------|--------|--------|---|------|--------|--------|
| 01/02 | 1517 | 109.08 | | 01/10 | 1522 | 1,044.00 |
| 01/11 | 1520 * | 2,500.00 | | 01/22 | 1523 | 1,631.72 |
| 01/10 | 1521 | 1,245.00 | | 01/25 | 1524 | 63.81 |

* Indicates a break in the Check number order.

PLEASE EXAMINE AND REPORT ANY DISCREPANCIES.  SEE REVERSE SIDE FOR ADDITIONAL INFORMATION.



Number: 1523 Date: 01/22/2008 Amount: $1,631.72

000079

1

**ALARION BANK**

One NE First Avenue
Ocala, FL 34470
(352) 237-4500

Page: 1

Alarion Bank
P.O. Box 1689
Ocala, FL  34478

Alarion Bank - Alarion
Main: (352) 237-4500
Fax:  (352) 854-9784

Riverview Capital Inc

PERIODIC STATEMENT
Date:   Feb 29, 2008
Period: Feb 01, 2008 to Feb 29, 2008
        (29 Days )

ACCOUNT #: DDA -              Alarion Business Checking
                             Alarion Business Checking
                                        Enclosures: 1

Beginning Balance
as of 02/01/08                                          1,322.30
  Deposits & Other Credits                             2,702.05
  Checks & Other Debits                                2,641.72
  Average Balance                                      2,431.87
Ending Balance
as of 02/29/08                                         1,382.63

Charges And Fees
     1 WireTransfer Fee/Dom Incoming                      10.00

Charges and Fees Related to Overdrafts and Returned Items

|  | Period-to-date | Year-to-date |
|---|---|---|
| Overdraft Fees | 0.00 | 0.00 |
| Returned Items Fees | 0.00 | 0.00 |

Transaction Information

| Date | Check# | Description | Amount | Balance |
|---|---|---|---|---|
| 02/08 | | Tfr from ▓▓▓▓▓▓ AlarionNet Transfer C Riverview Capital In | 1,500.00 | 2,822.30 |
| 02/14 | | WireIn-Riverview Capital | 1,202.05 | 4,024.35 |
| 02/14 | | WireTransfer Fee/Dom Incoming | 10.00- | 4,014.35 |
| 02/15 | | Tfr to ▓▓▓▓▓▓▓▓ income for nrd National Residental | 1,000.00- | 3,014.35 |
| 02/27 | 1525 | Check | 1,631.72- | 1,382.63 |

Check Information

| Date | Check# | Amount | | Date | Check# | Amount |
|---|---|---|---|---|---|---|
| 02/27 | 1525 | 1,631.72 | | | | |

000079

2



Number: 1525 Date: 02/27/2008 Amount: $1,631.72

**ALARION BANK**
One NE First Avenue
Ocala, FL 34470
(352) 237-4500

000079

1

Page: 1

Alarion Bank                    Alarion Bank - Alarion
P.O. Box 1689                   Main: (352) 237-4500
Ocala, FL  34478                Fax:  (352) 854-9784


Riverview Capital Inc           PERIODIC STATEMENT
~~Deposits are FDIC~~           Date:   Mar 31, 2008
~~insured up to~~               Period: Mar 01, 2008 to Mar 31, 2008
                                        (31 Days )


ACCOUNT #: DDA - ~~xxxxxxxxx~~     Alarion Business Checking
                                   Alarion Business Checking
                                                  Enclosures: 1

Beginning Balance
as of 03/01/08                                      1,382.63
  Deposits & Other Credits                          3,000.00
  Checks & Other Debits                             2,915.00
  Average Balance                                   1,433.67
Ending Balance
as of 03/31/08                                      1,467.63

Charges And Fees
    1 Paid NSF Fee                                     35.00

Charges and Fees Related to Overdrafts and Returned Items
                                Period-to-date    Year-to-date
  Overdraft Fees                      35.00             35.00
  Returned Items Fees                  0.00              0.00


Transaction Information

| Date | Check# | Description | Amount | Balance |
|------|--------|-------------|--------|---------|
| 03/11 | 1551 | Force Posted Debit | 2,580.00- | -1,197.37 |
| 03/12 | | Paid NSF Fee | 35.00- | -1,232.37 |
| 03/14 | | Tfr from ~~xxxxxxx~~ AlarionNet Transfer C Riverview Capital In | 3,000.00 | 1,767.63 |
| 03/28 | 1552 | Check Paid | 300.00- | 1,467.63 |

Check Information

| Date | Check# | Amount | | Date | Check# | Amount |
|------|--------|--------|---|------|--------|--------|
| 03/11 | 1551 | 2,580.00 | | 03/28 | 1552 | 300.00 |

PLEASE EXAMINE AND REPORT ANY DISCREPANCIES. SEE REVERSE SIDE FOR ADDITIONAL INFORMATION.

000079

2



Number: 1552 Date: 03/28/2008 Amount: $300.00



ÁLARION
BANK

One NE First Avenue
Ocala, FL 34470
(352) 237-4500

000076

1

Alarion Bank
P.O. Box 1689
Ocala, FL  34478

Page: 1
Alarion Bank - Alarion
Main: (352) 237-4500
Fax:  (352) 854-9784

Riverview Capital Inc
~~redacted~~
~~redacted~~

PERIODIC STATEMENT
Date:   Apr 30, 2008
Activity From Apr 01, 2008
        To Apr 30, 2008
        (30 Days )

ACCOUNT #: DDA - ~~redacted~~    Alarion Business Checking
                                 Alarion Business Checking
                                          Enclosures: 5

_____SUMMARY OF ACTIVITY_____

Beginning Balance
as of 04/01/08                                          1,467.63
  Deposits & Other Credits                             18,700.00
  Checks & Other Debits                                18,374.26
  Average Balance                                       1,774.84
Ending Balance
as of 04/30/08                                          1,793.37

Charges and Fees Related to Overdrafts and Returned Items
                                   Period-to-date        Year-to-date
  Overdraft Fees                        0.00                 35.00
  Returned Items Fees                   0.00                  0.00

_____TRANSACTION DETAIL_____

| Date | Description | Other Debits | Deposits/ Credits |
|---|---|---|---|
| | Transfer C Riverview Capital In | 700.00 | 2,167.63 |
| 04/04 1553 | Check | 1,631.13- | 536.50 |
| 04/14 | Tfr from ~~redacted~~ AlarionNet Transfer C Riverview Capital In | 16,000.00 | 16,536.50 |
| 04/15 1554 | Check Paid | 7,500.00- | 9,036.50 |
| 04/15 1555 | Check Paid | 7,500.00- | 1,536.50 |
| 04/30 | tran from ~~redacted~~ | 2,000.00 | 3,536.50 |
| 04/30 1557 | Check | 1,631.13- | 1,905.37 |
| 04/30 1556 | Check Paid | 112.00- | 1,793.37 |

_____CHECKS PAID_____

| Date | Check# | Amount | | Date | Check# | Amount |
|---|---|---|---|---|---|---|
| 04/04 | 1553 | 1,631.13 | | 04/15 | 1554 | 7,500.00 |



One NE First Avenue
Ocala, FL 34470
(352) 237-4500

000076

2

Page: 2

Alarion Bank          Alarion Bank - Alarion
P.O. Box 1689         Main: (352) 237-4500
Ocala, FL  34478      Fax:  (352) 854-9784

PERIODIC STATEMENT
Account #: DDA-█████████          Riverview Capital Inc

Apr 30, 2008

_____CHECKS PAID_____

| Date | Check# | Amount | | Date | Check# | Amount |
|------|--------|--------|---|------|--------|--------|
| 04/15 | 1555 | 7,500.00 | | 04/30 | 1557 | 1,631.13 |
| 04/30 | 1556 | 112.00 | | | | |

PLEASE EXAMINE AND REPORT ANY DISCREPANCIES.  SEE REVERSE SIDE FOR ADDITIONAL INFORMATION.

000076



Number: 1553 Date: 04/04/2008 Amount: $1,631.13



Number: 1554 Date: 04/15/2008 Amount: $7,500.00



Number: 1557 Date: 04/30/2008 Amount: $1,631.13



Number: 1556 Date: 04/30/2008 Amount: $112.00

**ALARION BANK**

One NE First Avenue
Ocala, FL 34470
(352) 237-4500

000075

1

Alarion Bank
P.O. Box 1689
Ocala, FL  34478

Page: 1
Alarion Bank - Alarion
Main: (352) 237-4500
Fax:  (352) 854-9784

Riverview Capital Inc

PERIODIC STATEMENT
Date:   May 31, 2008
Activity From May 01, 2008
        To May 31, 2008
        (31 Days )

ACCOUNT #: DDA -          Alarion Business Checking
                         Alarion Business Checking
                                        Enclosures: 6

_____SUMMARY OF ACTIVITY_____

| | |
|---|---:|
| Beginning Balance as of 05/01/08 | 1,793.37 |
| Deposits & Other Credits | 20,004.95 |
| Checks & Other Debits | 14,618.93 |
| Average Balance | 3,728.59 |
| Ending Balance as of 05/31/08 | 7,179.39 |

Charges And Fees

| | |
|---|---:|
| 3 WireTransfer Fee/Dom Incoming | 30.00 |
| 1 WireTransfer Fee/Dom Outgoing | 20.00 |

Charges and Fees Related to Overdrafts and Returned Items

| | Period-to-date | Year-to-date |
|---|---:|---:|
| Overdraft Fees | 0.00 | 35.00 |
| Returned Items Fees | 0.00 | 0.00 |

_____TRANSACTION DETAIL_____

| Date | Description | Other Debits | Deposits/ Credits |
|---|---|---:|---:|
| 05/05 | WireTransfer Fee/Dom Incoming | 10.00- | 4,077.25 |
| 05/06 1558 | Check | 769.00- | 3,308.25 |
| 05/09 | WireIn - Riverview Capital Inc | 4,158.33 | 7,466.58 |
| 05/09 | WireTransfer Fee/Dom Incoming | 10.00- | 7,456.58 |
| 05/12 | outgoing wire | 3,100.00- | 4,356.58 |
| 05/12 | WireTransfer Fee/Dom Outgoing | 20.00- | 4,336.58 |
| 05/12 1559 | Check Paid | 122.53- | 4,214.05 |
| 05/12 | Tfr to            income National Residental | 1,000.00- | 3,214.05 |
| 05/13 1560 | Check | 518.50- | 2,695.55 |
| 05/27 1561 | Check | 1,632.90- | 1,062.65 |

**ALARION BANK**

One NE First Avenue
Ocala, FL 34470
(352) 237-4500

000075

2

Alarion Bank
P.O. Box 1689
Ocala, FL  34478

Page: 2
Alarion Bank - Alarion
Main: (352) 237-4500
Fax:  (352) 854-9784

PERIODIC STATEMENT
Riverview Capital Inc

Account #: DDA-~~████████~~

May 31, 2008

_____TRANSACTION DETAIL_____

| Date | Description | Other Debits | Deposits/ Credits |
|------|-------------|--------------|-------------------|
| 05/29 | WireIn - Riverview Capital | 13,552.74 | 14,615.39 |
| 05/29 | WireTransfer Fee/Dom Incoming | 10.00- | 14,605.39 |
| 05/30 1562 | Check | 7,326.00- | 7,279.39 |
| 05/30 1563 | Check | 100.00- | 7,179.39 |

_____CHECKS PAID_____

| Date | Check# | Amount | Date | Check# | Amount |
|------|--------|--------|------|--------|--------|
| 05/06 | 1558 | 769.00 | 05/27 | 1561 | 1,632.90 |
| 05/12 | 1559 | 122.53 | 05/30 | 1562 | 7,326.00 |
| 05/13 | 1560 | 518.50 | 05/30 | 1563 | 100.00 |

000075

3



Number: 1558 Date: 05/06/2008 Amount: $769.00



Number: 1559 Date: 05/12/2008 Amount: $122.53



Number: 1560 Date: 05/13/2008 Amount: $518.50



Number: 1561 Date: 05/27/2008 Amount: $1,632.90

**ALARION BANK**

One NE First Avenue
Ocala, FL 34470
(352) 237-4500

000075

1

Page: 1
Alarion Bank         Alarion Bank - Alarion
P.O. Box 1689        Main: (352) 237-4500
Ocala, FL  34478     Fax:  (352) 854-9784

Riverview Capital Inc

PERIODIC STATEMENT
Date:   Jun 30, 2008
Activity From Jun 01, 2008
            To Jun 30, 2008
        (30 Days )

ACCOUNT #: DDA - ████████    Alarion Business Checking
                             Alarion Business Checking
                                    Enclosures: 6

_____SUMMARY OF ACTIVITY_____

Beginning Balance
as of 06/01/08                                        7,179.39
  Deposits & Other Credits                           11,500.27
  Checks & Other Debits                              10,912.88
  Average Balance                                     8,226.66
Ending Balance
as of 06/30/08                                        7,766.78

Charges And Fees
     2 WireTransfer Fee/Dom Incoming                     20.00

Charges and Fees Related to Overdrafts and Returned Items
                                Period-to-date       Year-to-date
  Overdraft Fees                      0.00              35.00
  Returned Items Fees                 0.00               0.00

_____TRANSACTION DETAIL_____

| Date  | Check# | Description                     | Amount    | Balance   |
|-------|--------|---------------------------------|-----------|-----------|
| 06/06 |        | WireIn - Riverview Capital      | 5,602.46  | 12,781.85 |
| 06/06 |        | WireTransfer Fee/Dom Incoming   | 10.00-    | 12,771.85 |
| 06/06 | 1564   | Check                           | 3,902.00- | 8,869.85  |
| 06/16 | 1565   | Check Paid                      | 1,852.31- | 7,017.54  |
| 06/16 | 1566   | Check Paid                      | 520.85-   | 6,496.69  |
| 06/19 |        | WireIn - Riverview Capital      | 5,897.81  | 12,394.50 |
| 06/19 |        | WireTransfer Fee/Dom Incoming   | 10.00-    | 12,384.50 |
| 06/20 | 1568   | Check                           | 2,653.00- | 9,731.50  |
| 06/20 | 1569   | Check                           | 333.00-   | 9,398.50  |
| 06/23 | 1567   | Check                           | 1,631.72- | 7,766.78  |

**ALARION BANK**

One NE First Avenue
Ocala, FL 34470
(352) 237-4500

000075

2

Page: 2
Alarion Bank - Alarion
Main: (352) 237-4500
Fax:  (352) 854-9784

Alarion Bank
P.O. Box 1689
Ocala, FL  34478

PERIODIC STATEMENT
Riverview Capital Inc

Account #: DDA-⬛⬛⬛⬛⬛⬛⬛

Jun 30, 2008

_____CHECKS PAID_____

| Date | Check# | Amount | | Date | Check# | Amount |
|------|--------|--------|---|------|--------|--------|
| 06/06 | 1564 | 3,902.00 | | 06/23 | 1567 | 1,631.72 |
| 06/16 | 1565 | 1,852.31 | | 06/20 | 1568 | 2,653.00 |
| 06/16 | 1566 | 520.85 | | 06/20 | 1569 | 333.00 |

000075

3



Number: 1565 Date: 06/16/2008 Amount: $1,852.31



Number: 1567 Date: 06/23/2008 Amount: $1,631.72



Number: 1568 Date: 06/20/2008 Amount: $2,653.00



000075
1

One NE First Avenue
Ocala, FL 34470
(352) 237-4500

Page: 1

Alarion Bank
P.O. Box 1689
Ocala, FL  34478

Alarion Bank - Alarion
Main: (352) 237-4500
Fax:  (352) 854-9784

Riverview Capital Inc
~~████████████~~
~~████████████~~

PERIODIC STATEMENT
Date:   Jul 31, 2008
Activity From Jul 01, 2008
        To Jul 31, 2008
        (31 Days )

ACCOUNT #: DDA - ~~████████~~     Alarion Business Checking
                                  Alarion Business Checking
                                          Enclosures: 3

―――――――――――――――――――――――SUMMARY OF ACTIVITY―――――――――――――――――――――――

Beginning Balance
as of 07/01/08                                             7,766.78
  Deposits & Other Credits                               276,403.24
  Checks & Other Debits                                  279,297.81
  Average Balance                                          8,735.54
Ending Balance
as of 07/31/08                                             4,872.21

Charges And Fees
     1 WireTransfer Fee/Dom Incoming                          10.00
     1 WireTransfer Fee/Dom Outgoing                          20.00

Charges and Fees Related to Overdrafts and Returned Items
                              Period-to-date          Year-to-date
  Overdraft Fees                     0.00                    35.00
  Returned Items Fees                0.00                     0.00

―――――――――――――――――――――――TRANSACTION DETAIL―――――――――――――――――――――――

| Date | Check# | Description | Amount | Balance |
|------|--------|-------------|--------|---------|
| 07/01 | | WireIn - Riverview Capital | 276,403.24 | 284,170.02 |
| 07/01 | | WireTransfer Fee/Dom Incoming | 10.00- | 284,160.02 |
| 07/01 | | outgoing wire | 205,810.00- | 78,350.02 |
| 07/01 | | WireTransfer Fee/Dom Outgoing | 20.00- | 78,330.02 |
| 07/01 | 1570 | Check | 37,497.00- | 40,833.02 |
| 07/01 | | Tfr to ~~████████~~ income nrd National Residental | 13,000.00- | 27,833.02 |
| 07/02 | | Tfr to ~~████████~~ income nrd National Residental | 15,000.00- | 12,833.02 |
| 07/07 | | Tfr to ~~████████~~ income National Residental | 2,500.00- | 10,333.02 |
| 07/14 | 1571 | Check Paid | 263.83- | 10,069.19 |

000075

2


**ALARION BANK**
One NE First Avenue
Ocala, FL 34470
(352) 237-4500

Page: 2

Alarion Bank
P.O. Box 1689
Ocala, FL  34478

Alarion Bank - Alarion
Main: (352) 237-4500
Fax:  (352) 854-9784

Account #: DDA-▓▓▓▓▓▓▓

PERIODIC STATEMENT
Riverview Capital Inc

Jul 31, 2008

_____TRANSACTION DETAIL_____

| Date | Check# | Description | Amount | Balance |
|------|--------|-------------|--------|---------|
| 07/15 | | Tfr to ▓▓▓▓▓▓▓▓ income | | |
| | | National Residental | 3,500.00- | 6,569.19 |
| 07/23 | 1572 | Check | 1,696.98- | 4,872.21 |

_____CHECKS PAID_____

| Date | Check# | Amount | | Date | Check# | Amount |
|------|--------|--------|---|------|--------|--------|
| 07/01 | 1570 | 37,497.00 | | 07/23 | 1572 | 1,696.98 |
| 07/14 | 1571 | 263.83 | | | | |

Number: 1570 Date: 07/01/2008 Amount: $37,497.00



Number: 1572 Date: 07/23/2008 Amount: $1,696.98

000074

1

**ALARION BANK**

One NE First Avenue
Ocala, FL 34470
(352) 237-4500

Alarion Bank
P.O. Box 1689
Ocala, FL  34478

Page: 1
Alarion Bank - Alarion
Main: (352) 237-4500
Fax:  (352) 854-9784

Riverview Capital Inc

PERIODIC STATEMENT
Date:   Aug 31, 2008
Activity From Aug 01, 2008
        To Aug 31, 2008
        (31 Days )

ACCOUNT #: DDA -  ●●●●●●●●●     Alarion Business Checking
                              Alarion Business Checking
                                          Enclosures: 2

_____SUMMARY OF ACTIVITY_____

| | |
|---|---|
| Beginning Balance | |
| as of 08/01/08 | 4,872.21 |
|   Deposits & Other Credits | 0.00 |
|   Checks & Other Debits | 2,696.98 |
|   Average Balance | 3,666.93 |
| Ending Balance | |
| as of 08/31/08 | 2,175.23 |

Charges and Fees Related to Overdrafts and Returned Items

| | Period-to-date | Year-to-date |
|---|---|---|
| Overdraft Fees | 0.00 | 35.00 |
| Returned Items Fees | 0.00 | 0.00 |

_____TRANSACTION DETAIL_____

| Date | Check# | Description | Amount | Balance |
|---|---|---|---|---|
| 08/15 | 1574 | Check Paid | 1,000.00- | 3,872.21 |
| 08/20 | 1575 | Check | 1,696.98- | 2,175.23 |

_____CHECKS PAID_____

| Date | Check# | Amount | | Date | Check# | Amount |
|---|---|---|---|---|---|---|
| 08/15 | 1574 | 1,000.00 | | 08/20 | 1575 | 1,696.98 |

000074



Number: 1574 Date: 08/15/2008 Amount: $1,000.00



Number: 1575 Date: 08/20/2008 Amount: $1,696.98

**ALARION BANK**

One NE First Avenue
Ocala, FL 34470
(352) 237-4500

000072

1

Page: 1
Alarion Bank
P.O. Box 1689
Ocala, FL 34478

Alarion Bank - Alarion
Main: (352) 237-4500
Fax:  (352) 854-9784

Riverview Capital Inc
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓ ▓▓▓▓

PERIODIC STATEMENT
Date:   Sep 30, 2008
Activity From Sep 01, 2008
        To Sep 30, 2008
        (30 Days )

ACCOUNT #: DDA - ▓▓▓▓▓▓▓     Alarion Business Checking
                             Alarion Business Checking
                                    Enclosures: 6

_____SUMMARY OF ACTIVITY_____

Beginning Balance
as of 09/01/08                                      2,175.23
  Deposits & Other Credits                         85,300.00
  Checks & Other Debits                            83,347.73
  Average Balance                                   7,907.89
Ending Balance
as of 09/30/08                                      4,127.50

Charges And Fees
    3 WireTransfer Fee/Dom Incoming                    30.00
    1 WireTransfer Fee/Dom Outgoing                    20.00

Charges and Fees Related to Overdrafts and Returned Items
                              Period-to-date       Year-to-date
  Overdraft Fees                     0.00                 35.00
  Returned Items Fees                0.00                  0.00

_____TRANSACTION DETAIL_____

| Date | Check# | Description | Amount | Balance |
|------|--------|-------------|--------|---------|
| 09/02 | | WireIn Pension Financial | 39,000.00 | 41,175.23 |
| 09/02 | | WireTransfer Fee/Dom Incoming | 10.00- | 41,165.23 |
| 09/02 | | outgoing wire | 18,341.00- | 22,824.23 |
| 09/02 | | WireTransfer Fee/Dom Outgoing | 20.00- | 22,804.23 |
| 09/03 | | Tfr to ▓▓▓▓▓▓▓▓ income National Residental | 10,000.00- | 12,804.23 |
| 09/03 | | Tfr to ▓▓▓▓▓▓▓▓ income nrd National Residental | 7,500.00- | 5,304.23 |
| 09/12 | 1526 | Check | 1,696.98- | 3,607.25 |
| 09/12 | 1527 | Check Paid | 311.49- | 3,295.76 |
| 09/19 | | WireIn- Riverview Capital | 16,900.00 | 20,195.76 |
| 09/19 | | WireTransfer Fee/Dom Incoming | 10.00- | 20,185.76 |
| 09/22 | 1528 | Check | 12,675.00- | 7,510.76 |

**ALARION BANK**

One NE First Avenue
Ocala, FL 34470
(352) 237-4500

000072

2

Alarion Bank
P.O. Box 1689
Ocala, FL  34478

Page: 2
Alarion Bank - Alarion
Main: (352) 237-4500
Fax:  (352) 854-9784

PERIODIC STATEMENT
Riverview Capital Inc

Account #: DDA-~~XXXXXXXX~~

Sep 30, 2008

| Date | Check# | Description | Amount | Balance |
|------|--------|-------------|--------|---------|
| 09/24 | 1529 | Check | 2,112.00- | 5,398.76 |
| 09/25 | | WireIn Riverview Capital | 29,400.00 | 34,798.76 |
| 09/25 | | WireTransfer Fee/Dom Incoming | 10.00- | 34,788.76 |
| 09/26 | 1533 | Check | 29,400.00- | 5,388.76 |
| 09/30 | 1530 | Check Paid | 1,261.26- | 4,127.50 |

### CHECKS PAID

| Date | Check# | Amount | | Date | Check# | Amount |
|------|--------|--------|---|------|--------|--------|
| 09/12 | 1526 | 1,696.98 | | 09/24 | 1529 | 2,112.00 |
| 09/12 | 1527 | 311.49 | | 09/30 | 1530 | 1,261.26 |
| 09/22 | 1528 | 12,675.00 | | 09/26 | 1533 * | 29,400.00 |

* Indicates a break in the Check number order.

Number: 1526 Date: 09/12/2008 Amount: $1,696.98



Number: 1533 Date: 09/26/2008 Amount: $29,400.00



Number: 1528 Date: 09/22/2008 Amount: $12,675.00

000072

1

**ALARION BANK**

One NE First Avenue
Ocala, FL 34470
(352) 237-4500

Page: 1

Alarion Bank
P.O. Box 1689
Ocala, FL  34478

Alarion Bank - Alarion
Main: (352) 237-4500
Fax:  (352) 854-9784

Riverview Capital Inc

PERIODIC STATEMENT
Date:   Oct 31, 2008
Activity From Oct 01, 2008
        To Oct 31, 2008
        (31 Days )

ACCOUNT #: DDA -           Alarion Business Checking
                          Alarion Business Checking
                                    Enclosures: 8

_____SUMMARY OF ACTIVITY_____

| | |
|---|---|
| Beginning Balance | |
| as of 10/01/08 | 4,127.50 |
| Deposits & Other Credits | 103,400.00 |
| Checks & Other Debits | 85,093.98 |
| Average Balance | 27,525.78 |
| Ending Balance | |
| as of 10/31/08 | 22,433.52 |

Charges And Fees
  4 WireTransfer Fee/Dom Incoming                        40.00

Charges and Fees Related to Overdrafts and Returned Items

| | Period-to-date | Year-to-date |
|---|---|---|
| Overdraft Fees | 0.00 | 35.00 |
| Returned Items Fees | 0.00 | 0.00 |

_____TRANSACTION DETAIL_____

| Date | Check# | Description | Amount | Balance |
|---|---|---|---|---|
| 10/03 | 1532 | Check | 1,696.98- | 2,430.52 |
| 10/08 | | WireIn Riverview Capital | 26,950.00 | 29,380.52 |
| 10/08 | | WireTransfer Fee/Dom Incoming | 10.00- | 29,370.52 |
| 10/09 | | Deposit | 800.00 | 30,170.52 |
| 10/17 | | WireIn Riverview Capital | 22,100.00 | 52,270.52 |
| 10/17 | | WireTransfer Fee/Dom Incoming | 10.00- | 52,260.52 |
| 10/21 | 1531 | Check | 16,223.00- | 36,037.52 |
| 10/21 | 1534 | Check | 3,900.00- | 32,137.52 |
| 10/21 | 1535 | Check | 3,482.00- | 28,655.52 |
| 10/21 | 1536 | Check | 2,580.00- | 26,075.52 |
| 10/22 | | Tfr to          income | | |
| | | nrd National Residental | 15,000.00- | 11,075.52 |
| 10/24 | | WireIn Riverview Capital | 39,300.00 | 50,375.52 |
| 10/24 | | WireTransfer Fee/Dom Incoming | 10.00- | 50,365.52 |

**ALARION BANK**

One NE First Avenue
Ocala, FL 34470
(352) 237-4500

000072

2

Alarion Bank
P.O. Box 1689
Ocala, FL  34478

Page: 2
Alarion Bank - Alarion
Main: (352) 237-4500
Fax:  (352) 854-9784

Account #: DDA-~~█████████~~

PERIODIC STATEMENT
Riverview Capital Inc

Oct 31, 2008

### TRANSACTION DETAIL

| Date | Check# | Description | Amount | Balance |
|------|--------|-------------|--------|---------|
| 10/29 | 1537 | Check | 34,725.00- | 15,640.52 |
| 10/29 | 1538 | Check | 7,447.00- | 8,193.52 |
| 10/30 | | Wire In - Riverview Capital Inc | 14,250.00 | 22,443.52 |
| 10/30 | | WireTransfer Fee/Dom Incoming | 10.00- | 22,433.52 |

### CHECKS PAID

| Date | Check# | Amount | Date | Check# | Amount |
|------|--------|--------|------|--------|--------|
| 10/21 | 1531 | 16,223.00 | 10/21 | 1536 | 2,580.00 |
| 10/03 | 1532 | 1,696.98 | 10/29 | 1537 | 34,725.00 |
| 10/21 | 1534 * | 3,900.00 | 10/29 | 1538 | 7,447.00 |
| 10/21 | 1535 | 3,482.00 | | | |

*-Indicates a break in the Check number order.

---

000072



Date: 10/09/2008 Amount: $800.00



Number: 1531 Date: 10/21/2008 Amount: $16,223.00



Number: 1532 Date: 10/03/2008 Amount: $1,696.98



Number: 1534 Date: 10/21/2008 Amount: $3,900.00



Number: 1535 Date: 10/21/2008 Amount: $3,482.00



Number: 1536 Date: 10/21/2008 Amount: $2,580.00



Number: 1537 Date: 10/29/2008 Amount: $34,725.00



Number: 1538 Date: 10/29/2008 Amount: $7,447.00

**ALARION BANK**
One NE First Avenue
Ocala, FL 34470
(352) 237-4500

000071

1

Alarion Bank
P.O. Box 1689
Ocala, FL  34478

Page: 1
Alarion Bank - Alarion
Main: (352) 237-4500
Fax:  (352) 854-9784

Riverview Capital Inc
[redacted]
[redacted]

PERIODIC STATEMENT
Date:   Nov 30, 2008
Activity From Nov 01, 2008
         To Nov 30, 2008
        (30 Days )

ACCOUNT #: DDA - [redacted]    Alarion Business Checking
                               Alarion Business Checking
                                   Enclosures: 7

### SUMMARY OF ACTIVITY

| | |
|---|---:|
| Beginning Balance as of 11/01/08 | 22,433.52 |
| Deposits & Other Credits | 24,490.00 |
| Checks & Other Debits | 28,139.42 |
| Average Balance | 14,973.28 |
| Ending Balance as of 11/30/08 | 18,784.10 |

Charges And Fees
    3 WireTransfer Fee/Dom Incoming                          30.00

Charges and Fees Related to Overdrafts and Returned Items

| | Period-to-date | Year-to-date |
|---|---:|---:|
| Overdraft Fees | 0.00 | 35.00 |
| Returned Items Fees | 0.00 | 0.00 |

### TRANSACTION DETAIL

| Date | Check# | Description | Amount | Balance |
|---|---|---|---:|---:|
| 11/04 | 1541 | Check | 3,712.50- | 18,721.02 |
| 11/04 | 1539 | Check | 3,440.00- | 15,281.02 |
| 11/05 | | Deposit | 800.00 | 16,081.02 |
| 11/06 | | outgoing wire | 11,425.00- | 4,656.02 |
| 11/06 | | WireIn Pension Financial | 3,800.00 | 8,456.02 |
| 11/06 | | WireTransfer Fee/Dom Incoming | 10.00- | 8,446.02 |
| 11/06 | | Deposit | 5,440.00 | 13,886.02 |
| 11/07 | 1540 | Check Paid | 72.44- | 13,813.58 |
| 11/10 | | Tfr to [redacted] income National Residental | 3,000.00- | 10,813.58 |
| 11/13 | | Wire In - Riverview Capital, Inc | 4,500.00 | 15,313.58 |
| 11/13 | | WireTransfer Fee/Dom Incoming | 10.00- | 15,303.58 |
| 11/18 | 1543 | Check | 1,762.50- | 13,541.08 |

PLEASE EXAMINE AND REPORT ANY DISCREPANCIES.  SEE REVERSE SIDE FOR ADDITIONAL INFORMATION.

**ALARION BANK**

One NE First Avenue
Ocala, FL 34470
(352) 237-4500

000071

2

Page: 2

Alarion Bank
P.O. Box 1689
Ocala, FL  34478

Alarion Bank - Alarion
Main: (352) 237-4500
Fax:  (352) 854-9784

PERIODIC STATEMENT

Account #: DDA-⬛⬛⬛⬛⬛⬛

Riverview Capital Inc

Nov 30, 2008

### TRANSACTION DETAIL

| Date | Check# | Description | Amount | Balance |
|------|--------|-------------|--------|---------|
| 11/18 | | Tfr to ⬛⬛⬛⬛⬛⬛ income nrd National Residental | 3,000.00- | 10,541.08 |
| 11/19 | 1542 | Check | 1,696.98- | 8,844.10 |
| 11/24 | | Wire In-Penson Financial-Riverview Cap | 9,950.00 | 18,794.10 |
| 11/24 | | WireTransfer Fee/Dom Incoming | 10.00- | 18,784.10 |

### CHECKS PAID

| Date | Check# | Amount | | Date | Check# | Amount |
|------|--------|--------|---|------|--------|--------|
| 11/04 | 1539 | 3,440.00 | | 11/19 | 1542 | 1,696.98 |
| 11/07 | 1540 | 72.44 | | 11/18 | 1543 | 1,762.50 |
| 11/04 | 1541 | 3,712.50 | | | | |

---

PLEASE EXAMINE AND REPORT ANY DISCREPANCIES.  SEE REVERSE SIDE FOR ADDITIONAL INFORMATION.

Number: 1539 Date: 11/04/2008 Amount: $3,440.00



Number: 1542 Date: 11/19/2008 Amount: $1,696.98



Number: 1541 Date: 11/04/2008 Amount: $3,712.50

**ALARION BANK**

One NE First Avenue
Ocala, FL 34470
(352) 237-4500

000071

1

Alarion Bank
P.O. Box 1689
Ocala, FL  34478

Page: 1
Alarion Bank - Alarion
Main: (352) 237-4500
Fax:  (352) 854-9784

Riverview Capital Inc
~~██████████████~~
~~██████████~~

PERIODIC STATEMENT
Date:   Dec 31, 2008
Activity From Dec 01, 2008
          To Dec 31, 2008
          (31 Days )

ACCOUNT #: DDA - ~~██████~~      Alarion Business Checking
                                 Alarion Business Checking
                                       Enclosures: 4

_____ SUMMARY OF ACTIVITY _____

| | |
|---|---:|
| Beginning Balance | |
| as of 12/01/08 | 18,784.10 |
| Deposits & Other Credits | 800.00 |
| Checks & Other Debits | 16,847.08 |
| Average Balance | 10,985.37 |
| Ending Balance | |
| as of 12/31/08 | 2,737.02 |

Charges and Fees Related to Overdrafts and Returned Items

| | Period-to-date | Year-to-date |
|---|---:|---:|
| Overdraft Fees | 0.00 | 35.00 |
| Returned Items Fees | 0.00 | 0.00 |

_____ TRANSACTION DETAIL _____

| Date | Check# | Description | Amount | Balance |
|---|---|---|---:|---:|
| 12/04 | | Deposit | 800.00 | 19,584.10 |
| 12/05 | | Tfr to ~~████████~~ income | | |
| | | nrd National Residental | 3,500.00- | 16,084.10 |
| 12/05 | | Tfr to ~~████████~~ income | | |
| | | nrd Guthrie, Damian B | 3,500.00- | 12,584.10 |
| 12/11 | 1545 | Check Paid | 45.10- | 12,539.00 |
| 12/15 | 1544 | Check | 1,696.98- | 10,842.02 |
| 12/19 | 1546 | Check | 3,105.00- | 7,737.02 |
| 12/31 | | Tfr to ~~████████~~ income | | |
| | | nrd National Residental | 5,000.00- | 2,737.02 |

_____ CHECKS PAID _____

| Date | Check# | Amount | | Date | Check# | Amount |
|---|---|---:|---|---|---|---:|
| 12/15 | 1544 | 1,696.98 | | 12/19 | 1546 | 3,105.00 |
| 12/11 | 1545 | 45.10 | | | | |

Number: 1544 Date: 12/15/2008 Amount: $1,696.98