# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

-vs-                                      Case No. 2:10-cv-577-FtM-29DNF

BIH CORPORATION, WAYNE A. BURMASTER, EDWARD A. HAYTER, NORTH BAY SOUTH CORPORATION, BIMINI REEF REAL ESTATE, INC., RIVERVIEW CAPITAL INC., CHRISTOPHER L. ASTROM, DAMIAN B. GUTHRIE, BARON INTERNATIONAL INC., THE CADDO CORPORATION, BEAVER CREEK FINANCIAL CORPORATION,

      Defendants.
_____/

## AMENDED CASE MANAGEMENT AND SCHEDULING ORDER

Pursuant to the Court's May 23, 2013, Order (Doc. #157) reopening limited discovery, the Court enters this amended case management and scheduling order:

| | |
|---|---|
| Limited Discovery Deadline | JULY 26, 2013 |
| Supplemental summary judgment motion | August 16, 2013 |
| Supplemental response to supplemental summary judgment motion | August 30, 2013 |
| Meeting *In Person* to Prepare Joint Final Pretrial Statement | OCTOBER 11, 2013 |
| Joint Final Pretrial Statement (*Including* a Single Set of Jointly Proposed Jury Instructions and Verdict Form, Voir Dire Questions, Witnesses Lists, Exhibit Lists on Approved Form | NOVEMBER 1, 2013 |
| All Other Motions Including Motions *In Limine*, Trial Briefs | OCTOBER 25, 2013 |
| Final Pretrial Conference     Date:<br>Time:<br>Judge: | NOVEMBER 18, 2013<br>9:00 A.M.<br>John E. Steele |
| Trial Term Begins<br>    [Trials Before Magistrate Judges Begin on Date Certain] | DECEMBER 2, 2013 |

| Estimated Length of Trial | 8 days |
|---|---|
| Jury/Non Jury | Jury |

    **DONE** and **ORDERED** this __4th__ day of June, 2013.

                                                  */s/ John E. Steele*
                                                  JOHN E. STEELE
                                                  United States District Judge

Copies :
All Parties of Record

**Note: Notice re: Pre-marking of Exhibits with Exhibit List and Tags and a Magistrate Consent form can be found on the Court's website at *http://www.flmd.uscourts.***