UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SECURITIES & EXCHANGE COMMISSION

      Plaintiff,

v.                                                                Case No: 2:10-cv-577-FtM-29DNF

BIH CORPORATION, WAYNE A. BURMASTER, EDWARD W. HAYTER, NORTH BAY SOUTH CORPORATION, THE CADDO CORPORATION, and BEAVER CREEK FINANCIAL CORPORATION,

      Defendants.

## ORDER

This matter comes before the Court on plaintiff's Motion to Stay All Pre-Trial and Trial Deadlines for 45 Days (Doc. #169) filed on December 20, 2013. Plaintiff did not receive a response from the individual defendants as to whether they oppose the motion. For the reasons stated below, the Court finds that a continuance is appropriate and therefore any objections are overruled.

Plaintiff seeks to stay the deadlines for a period of time to allow for a ruling on the pending motion for summary judgment, for efficiency, and to otherwise streamline the case based on the ruling. The Court is not inclined to stay the case, however the Court anticipates ruling shortly and is currently managing a heavy

trial docket. Therefore, the Court will extend the remaining deadlines for a period of time.

Accordingly, it is hereby

**ORDERED:**

Plaintiff's Motion to Stay All Pre-Trial and Trial Deadlines for 45 Days (Doc. #169) is **GRANTED** to the extent that the following deadlines shall apply:

| | |
|---|---|
| Meeting in Person to Prepare Joint Final Pretrial Statement | February 3, 2014 |
| Joint Final Pretrial Statement | February 10, 2014 |
| All Other Motions, Trial Briefs | February 3, 2014 |
| Final Pretrial Conference | February 18, 2014, at 9:00 a.m. |
| Trial Term Begins | March 3, 2014 |

**DONE and ORDERED** at Fort Myers, Florida, this ___23rd___ day of December, 2013.

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
Parties of Record