UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) | No. 2:10cv577-FTM-29 DNF |
| Plaintiff, | ) | |
| v. | ) | |
| BIH CORPORATION, et al, | ) | |
| Defendants. | ) | |

## DEFENDANT EDWARD HAYTER'S PARTIAL OBJECTION TO MOTION TO CONTINUE ALL PRETRIAL PROCEEDINGS FOR FORTY-FIVE (45) DAYS; AND, CROSS-MOTION FOR LEAVE TO APPEAR AT PRETRIAL CONFERENCE AND MEET AND CONFER BY TELEPHONE

Defendant Edward Hayter ("Hayter") files this, his response and cross-motion as above captioned:

1. Hayter objects to the dates set forth by the SEC. Hayter has a prescheduled conference outside of New York scheduled from February 8 until February 20, 2014. The SEC's schedule conflicts with that and would place Hayter in a position where he could not meet the proposed schedule.

2. Hayter suggests some time in March for the final filings.

3. Alternatively, Hayter requests that this Court stay the proceedings until thirty (30) days after it rules on the summary judgment motion. As the SEC stated, this Court's ruling will need to be digested and incorporated and could narrow the scope of the trial or the issues in dispute.

4. Finally, Hayter has borne great expense traveling to Florida several times for Court proceedings. For the trial, he will need to stay at least a week in Florida.

5. Therefore, Hayter asks this Court to allow him leave to appear by telephone for the required "meet and confer" for the joint pretrial statement and to appear by telephone for the final status conference regardless of when it is held.

6. Florida is a forum the SEC chose even though there were minimal events in Florida. Indeed,

all of the press releases in question and the allegations relate to occurrences in New Jersey and New York. The only witnesses from Florida will be the Astrom and Guthrie relief defendants who will apparently testify about events that allegedly took place in New York.

7. Comity and fairness suggest that Hayter should be allowed to appear by telephone for the pretrial events.

8. Hayter will appear personally for the trial.

WHEREFORE, Defendant Edward Hayter requests that this Court schedule the deadlines for a time in March 2013 and that he be allowed to participate by telephone at the meet and confer and the final pretrial conference.

Respectfully submitted,

_____
Edward Hayter

## CERTIFICATE OF SERVICE

I, Edward Hayter, certify that I mailed a true copy of the foregoing to the following persons on December 23, 2013:

Christopher Martin
Securities and Exchange Commission
801 Brickell Avenue, Suite 1800
Miami FL 33131

Mark David Hunter
Leser Hunter Taubman Taubman
255 University Drive
Coral Gables FL 33134

Wayne Burmaster
via email: burmaster@hushmail.me

_____
Edward Hayter