III PEMBERTON-BROWNS MILLS ROAD
P.O. BOX 1106
BROWNS MILLS, NJ 08015
UNITED STATES US

BILL SENDER

TO CLERK OF COURT
UNITED STATES DISTRICT COURT
2110 FIRST STREET
US COURTHOUSE AND FEDERAL BUILDING
FORT MYERS FL 33901

REF: WAYNE BURMASTER

FedEx
Express

TUE — 20 MAY 10:30A
PRIORITY OVERNIGHT

33901
FL-US RSW

TRK# 5139 8873 5592
0201

XH FMYA

Part # 156148-434 NRIT V3 02-08

FedEx carbon-neutral
envelope shipping

RT 625  2  A
FZ         5592
           05.20

FedEx Express