UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO. 2:10-CV-577-FTM-29 DNF

SECURITIES AND EXCHANGE COMMISSION,   )
                                       )
                    Plaintiff,         )
                                       )
v.                                     )
                                       )
BIH CORPORATION,                       )
WAYNE A. BURMASTER, JR.,               )
EDWARD W. HAYTER,                      )
NORTH BAY SOUTH CORPORATION,           )
BIMINI REEF REAL ESTATE, INC.,         )
RIVERVIEW CAPITAL INC.,                )
CHRISTOPHER L. ASTROM, and             )
DAMIAN B. GUTHRIE,                     )
                    Defendants,        )
                                       )
BARON INTERNATIONAL, INC.,             )
THE CADDO CORPORATION, and             )
BEAVER CREEK FINANCIAL CORPORATION,    )
                                       )
                    Relief Defendants. )
_____)

**PLAINTIFF'S NOTICE OF APPEARANCE OF COUNSEL**

Patrick R. Costello gives notice of his appearance as additional counsel for Plaintiff Securities and Exchange Commission and requests that copies of all future pleadings, notices, and correspondence be directed to his attention.

                            Respectfully submitted,

July 22, 2014         By:   s/Patrick R. Costello
                            Patrick R. Costello
                            Senior Trial Counsel
                            Florida Bar No. 75034
                            Telephone: (305) 982-6380
                            Facsimile: (305) 536-4154
                            E-mail: costellop@sec.gov

Christopher E. Martin
Senior Trial Counsel
martinc@sec.gov
Arizona Bar No. 018486
Direct Dial No.: (305) 982-6386

**ATTORNEY FOR PLAINTIFF**
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Mark David Hunter, Esq.
Leser Hunter Taubman & Taubman, PLLC
255 University Drive
Coral Gables, FL 33134
Tel: (305) 629-8816
Fax: (305) 629-8877
*Counsel for Defendants Bimini Reef Real Estate, Inc.,*
*Riverview Capital Inc., Christopher L. Astrom, and Damian B. Guthrie*

and that on July 22, 2014, I served the foregoing document and the notice of electronic filing by U.S. Mail to the following non-CM/ECF participants:

Edward Hayter, *pro se*
2167 East 21st Street, #103
Brooklyn, NY 11229

Wayne Burmaster, *pro se*
88 Moffitt Street
Staten Island, NY 10312

                                                              s/Patrick R. Costello
                                                              Patrick R. Costello