UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO. 2:10-CV-577-FTM-29 DNF

SECURITIES AND EXCHANGE COMMISSION,  )
                                     )
                          Plaintiff,  )
                                     )
v.                                   )
                                     )
BIH CORPORATION,                     )
WAYNE A. BURMASTER, JR.,             )
EDWARD W. HAYTER,                    )
NORTH BAY SOUTH CORPORATION,         )
BIMINI REEF REAL ESTATE, INC.,       )
RIVERVIEW CAPITAL INC.,              )
CHRISTOPHER L. ASTROM, and           )
DAMIAN B. GUTHRIE,                   )
                       Defendants,    )
                                     )
BARON INTERNATIONAL, INC.,           )
THE CADDO CORPORATION, and           )
BEAVER CREEK FINANCIAL CORPORATION,  )
                                     )
                  Relief Defendants. )
_____)

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION TO
BRING ELECTRONIC DEVICES AND RELATED EQUIPMENT
INTO THE COURTROOM FOR TRIAL**

Plaintiff Securities and Exchange Commission hereby moves this Court for entry of an Order granting the Commission's motion to bring electronic devices and related equipment into the Courtroom during the trial of this cause.[1]

Counsel for the Commission Christopher Martin and Patrick Costello, and Paralegal Lilia Gonzalez, request to bring into the Courtroom their laptop computers, Model Dell XPS PP28L and Model Dell Latitude E6400, respectively, for use during the

---

[1] The jury trial has been set with a date certain of August 5, 2014. [DE 196]

trial of this case. In addition, Martin, Costello and Gonzalez request permission to bring their government issued Blackberry Bold electronic devices and personal electronic devices (cellular phones and smart phones) into the courtroom during the trial. Bringing the Blackberry and personal electronic devices into the courtroom will allow us to quickly communicate with our witnesses, most of whom are either coming from out of town or driving from South Florida. The Blackberry and personal electronic devices will in no way disrupt the trial because the Commission staff will turn them off at all times in the courtroom. Furthermore, the camera feature of the Blackberry is disabled.

Trial Support Specialists for the Commission Messrs. Michael Lyon and Kent Bell request to bring 2 laptops, 1 power point clicker, 1 2way VGA switch, 1 2way VGA signal splitter, 1 17" LCD monitor, 1 AV table, 1 scanner, VGA, power cables, into the courtroom, for the purpose of showing, among other things, exhibits and visual aids during the trial. In addition, Lyon and Bell request permission to bring their personal electronic devices (cellular phones and smart phones) into the courtroom during the trial. The personal electronic devices will in no way disrupt the trial because Lyon and Bell will turn them off at all times in the courtroom.

Undersigned counsel for the Commission conferred with Defendant Edward Hayter via email on July 21, 2014 whether he opposed the relief sought in this motion, but as of the time of this filing the Commission had not received a response.

WHEREFORE, the Commission respectfully requests the Court grant this Motion and permit the Commission, its staff, and trial support specialists to bring into the Courtroom, personal electronic devices and related equipment to the trial of this matter until it concludes.

A proposed Order granting the motion is submitted herewith.

Respectfully submitted,

July 23, 2014                By:  s/Christopher E. Martin
                                  Christopher E. Martin
                                  Senior Trial Counsel
                                  martinc@sec.gov
                                  Arizona Bar No. 018486
                                  Direct Dial No.:  (305) 982-6386

                                  Attorney for Plaintiff
                                  **SECURITIES AND EXCHANGE COMMISSION**
                                  801 Brickell Avenue, Suite 1800
                                  Miami, Florida  33131
                                  Telephone:  (305) 982-6300
                                   Facsimile:   (305) 536-4154

# CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Mark David Hunter, Esq.
Leser Hunter Taubman & Taubman, PLLC
255 University Drive
Coral Gables, FL 33134
Tel: (305) 629-8816
Fax: (305) 629-8877
*Counsel for Defendants Bimini Reef Real Estate, Inc.,*
*Riverview Capital Inc., Christopher L. Astrom, and Damian B. Guthrie*

and that on July 23, 2014, I served the foregoing document and the notice of electronic filing by U.S. mail to the following non-CM/ECF participants:

Edward Hayter, *pro se*
2167 East 21st Street, #103
Brooklyn, NY 11229

Wayne Burmaster, *pro se*
88 Moffett Street
Staten Island, NY 10312

                                                 s/Christopher Martin
                                                 Christopher Martin