UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SECURITIES & EXCHANGE COMMISSION,

    Plaintiff,

v.    Case No:   2:10-cv-577-FtM-29DNF

BIH CORPORATION, WAYNE A. BURMASTER, EDWARD W. HAYTER, NORTH BAY SOUTH CORPORATION,, THE CADDO CORPORATION and BEAVER CREEK FINANCIAL CORPORATION,

    Defendants.

| JUDGE: | John E. Steele | COUNSEL FOR PLAINTIFF | CHRISTOPHER E MARTIN AND PATRICK REINHOLD COSTELLO |
|---|---|---|---|
| DEPUTY CLERK: | Brenda Alexander | COUNSEL FOR DEFENDANT: | Pro se |
| COURT REPORTER | Jeff Thomas | | |
| DATE/TIME | August 6, 2014 09:00 – 5:05 | | |

## JURY TRIAL DAY TWO

### PLAINTIFF WITNESSES:

| | |
|---|---|
| 9:05 | **Tara Petta** |
| 9:30 | **Bret Baker** |
| 10:05 | **Deposition of Robert Ingala published to the Jury** |
| 10:45 | **Recess** |
| 11:00 | **Christopher Astrom** |
| 11:35 | **Damian Brian Guthrie** |
| 12:00 | **Luncheon recess** |
| 1:05 | **Court and counsel discuss trial issues** |
| 1:10 | **Scott Harris Levine** |
| 2:00 | **Deposition of Wayne Burmaster published to the Jury** |
| 3:10 | **Recess** |
| 3:25 | **Deposition of Wayne Burmaster published to the Jury (resumed)** |
| 3:40 | **Timothy James Galdencio** |
| 4:25 | **Edward Wayne Hayter** |
| 5:05 | **Proceedings adjourned to August 7, 2014 at 9:00 a.m.** |