```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

SECURITIES & EXCHANGE COMMISSION,

    Plaintiff,

v.                                      Case No: 2:10-cv-577-FtM-29DNF

BIH CORPORATION, WAYNE A. BURMASTER, EDWARD W. HAYTER, NORTH BAY SOUTH CORPORATION, THE CADDO CORPORATION, and BEAVER CREEK FINANCIAL CORPORATION,

    Defendants.

_____

**ORDER**

This matter comes before the Court on review of the file. On March 14, 2014, the Court issued an Order deferring plaintiff's Motion Recommending Particularized Permanent Injunction Language Against BIH Corporation (Doc. #140) pending trial of Edward W. Hayter (Hayter). (Doc. #190.) The Court also deferred plaintiff's Motion for Final Judgments Against Defendants BIH Corporation, North Bay South Corporation, Bimini Reef Real Estate, Inc., Riverview Capital, Inc., Christopher L. Astrom, and Damian B. Guthrie pending an evidentiary hearing. (Doc. #191.)

On July 14, 2014, the Court issued an Opinion and Order (Doc. #206) granting a default judgment in favor of plaintiff and against Wayne A. Burmaster but withheld the entry of judgment pending

submission of a motion by the Commission regarding the amount of penalties. On August 8, 2014, the Jury rendered a Verdict (Doc. #229) in favor of plaintiff and against Hayter. At the conclusion of trial, plaintiff was directed to file a Motion on or before September 10, 2014, with regard to the amount of disgorgement and civil penalties, and defendant was directed to file his response on or before October 14, 2014. The Court anticipates that an evidentiary hearing will be set for a date thereafter and that all remaining matters will be resolved by the motion to be filed.

Accordingly, it is hereby

**ORDERED:**

The Clerk shall administratively close the case pending resolution of disgorgement and/or civil penalties as to all defendants.

**DONE and ORDERED** at Fort Myers, Florida, this ___29th___ day of August, 2014.

/s/ John E. Steele
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record