**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**CASE NO. 2:10-CV-577-FTM-29 DNF**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) |
| | ) |
| **Plaintiff,** | ) |
| **v.** | ) |
| | ) |
| **BIH CORPORATION,** | ) |
| **WAYNE A. BURMASTER, JR.,** | ) |
| **EDWARD W. HAYTER,** | ) |
| **NORTH BAY SOUTH CORPORATION,** | ) |
| **BIMINI REEF REAL ESTATE, INC.,** | ) |
| **RIVERVIEW CAPITAL INC.,** | ) |
| **CHRISTOPHER L. ASTROM, and** | ) |
| **DAMIAN B. GUTHRIE,** | ) |
| **Defendants,** | ) |
| | ) |
| **BARON INTERNATIONAL, INC.,** | ) |
| **THE CADDO CORPORATION, and** | ) |
| **BEAVER CREEK FINANCIAL CORPORATION,** | ) |
| | ) |
| **Relief Defendants.** | ) |
| _____ | ) |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
MOTION FOR LEAVE TO FILE A BRIEF REPLY TO DEFENDANT EDWARD W.
HAYTER'S RESPONSE TO THE SEC'S MOTION FOR ENTRY OF FINAL
JUDGMENT OF PERMANENT INJUNCTION AND OTHER RELIEF AGAINST
HAYTER**

Plaintiff Securities and Exchange Commission moves for leave to file a brief reply to

Defendant Edward W. Hayter's response to the SEC's Motion for entry of Final Judgment of

Permanent Injunction and Other Relief Against Defendant Edward W. Hayter. [See DE 238 &

241]. The SEC seeks to file a reply brief that shall not exceed five pages in length. The SEC

seeks leave to address several issues raised for the first time by Hayter, which misstate the law or

factual law record. In particular, among other things, Hayter: (1) inaccurately claims the

disgorgement the SEC seeks against him would create a windfall; (2) misstates the factual record regarding his ownership of the entities that received proceeds from the fraud and that the SEC did not show substantial losses to investors; and (3) cites inapplicable cases, such as the *SEC v. Freiberg*, 2007 2692041 * 1 (D. Utah Sept. 12, 2007), where, unlike in this case, there was a "single securities violation."  For all of these reasons, the SEC seeks leave to file a brief reply that shall not exceed five pages in length.

## <u>CERTIFICATION</u>

Undersigned counsel conferred with Hayter via email on October 22, 2014, to determine whether he opposed the requested relief, but as of the time of filing, he had not received any response.  If undersigned learns that Hayter does not oppose the requested relief, he will inform the Court.

A proposed order is submitted herewith.

Respectfully submitted,

October 24, 2014           By: s/Christopher E. Martin
                               Christopher E. Martin
                               Senior Trial Counsel
                               martinc@sec.gov
                               Arizona Bar No. 018486
                               Direct Dial No.:  (305) 982-6386

                               Patrick R. Costello
                               Senior Trial Counsel
                               Florida Bar No. 75034
                               Telephone: (305) 982-6380
                               Facsimile: (305) 536-4154
                               E-mail:  costellop@sec.gov

                               Attorneys for Plaintiff
                               **SECURITIES AND EXCHANGE COMMISSION**
                               801 Brickell Avenue, Suite 1800
                               Miami, Florida  33131
                               Telephone:  (305) 982-6300
                                Facsimile:   (305) 536-4154

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Mark David Hunter, Esq.
Leser Hunter Taubman & Taubman, PLLC
255 University Drive
Coral Gables, FL 33134
Tel:  (305) 629-8816
Fax: (305) 629-8877
*Counsel for Defendants Bimini Reef Real Estate, Inc.,*
*Riverview Capital Inc., Christopher L. Astrom, and Damian B. Guthrie*

and that on October 24, 2014, I served the foregoing document and the notice of electronic filing by U.S. Mail to the following non-CM/ECF participants:

Edward Hayter, *pro se*
2167 East 21st Street, #103
Brooklyn, NY 11229

Wayne Burmaster, *pro se*
88 Moffitt Street
Staten Island, NY 10312

s/Christopher E. Martin
Christopher Martin