UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SECURITIES & EXCHANGE COMMISSION,

    Plaintiff,

v.                                      Case No: 2:10-cv-577-FtM-29DNF

BIH CORPORATION, WAYNE A. BURMASTER, EDWARD W. HAYTER, NORTH BAY SOUTH CORPORATION, THE CADDO CORPORATION, and BEAVER CREEK FINANCIAL CORPORATION,

    Defendants.

_____

**ORDER**

This matter comes before the Court on Plaintiff Securities and Exchange Commission's Motion for Final Judgments Against Defendants BIH Corporation, North Bay South Corporation, Bimini Reef Real Estate, Inc. (Bimini Reef), Riverview Capital Inc. (Riverview), Christopher L. Astrom (Astrom), and Damian B. Guthrie (Guthrie) (Doc. #149) filed on April 19, 2013. Bimini Reef, Riverview, Astrom, and Guthrie file a Response (Doc. #154) on May 20, 2013.

The Securities and Exchange Commission (the SEC) requests an order setting the amount of disgorgement, prejudgment interest, and civil penalties to be paid by Bimini Reef, Riverview, Astrom, and Guthrie. As set forth in its prior Orders (Docs. ##191, 248),

the Court finds that due process requires an evidentiary hearing to allow Bimini Reef, Riverview, Astrom, and Guthrie to present evidence or dispute the amounts asserted by the SEC.

Accordingly, it is now

**ORDERED:**

1. Counsel for the Securities and Exchange Commission, Bimini Reef Real Estate, Inc., Riverview Capital Inc., Christopher L. Astrom, and Damian B. Guthrie shall appear before the undersigned for an **Evidentiary Hearing** on Friday, **January 9, 2015, at 9:00 a.m.**, in Courtroom A, Sixth Floor, 2110 First Street, Fort Myers, Florida.

2. If they have not done so already, the parties shall exchange all documents they intend to rely upon at the hearing no later than **ten (10) days** before the hearing.

**DONE and ORDERED** at Fort Myers, Florida, this   12th   day of December, 2014.

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record
DCCD