UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 2:10-cv-00577-JES-DNF

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| BIH CORPORATION, et al. | ) ) |
| Defendants. | ) ) ) |

## AMENDED JOINT STIPULATION FOR POSTPONEMENT AND RESCHEDULING OF EVIDENTIARY HEARING

Defendants Christopher L. Astrom ("Mr. Astrom"), Bimini Reef Real Estate, Inc. ("Bimini Reef"), Damian B. Guthrie ("Mr. Guthrie"), and Riverview Capital, Inc. ("Riverview Capital") (collectively, "Defendants") and Plaintiff Securities and Exchange Commission (the "Commission") (hereinafter collectively referred to as the "Parties"), by and through their undersigned counsel, hereby submit their Amended Joint Stipulation for Postponement and Rescheduling of the Evidentiary Hearing scheduled for Friday, January 9, 2015, at 9:00 a.m. and agree as follows:

1.       The Commission filed its Motion for Final Judgments Against Defendants BIH Corporation, North Bay South Corporation, Bimini Reef Real Estate, Inc., Riverview Capital Inc., Christopher L. Astrom and Damian B. Guthrie ("Motion for Final Judgments") (Docket Entry (D.E.) 149) on April 19, 2013.  On May 20, 2013, Defendants filed its Opposition to Plaintiff's Motion for Final Judgments (D.E. 154).

2

2. On December 12, 2014, this Court entered an order scheduling an Evidentiary Hearing on Plaintiff's Motion for Final Judgments ("Order") (D.E. 250) on January 9, 2015 at 9:00 a.m. However, the undersigned counsel for Defendants is not available on this date due to commitments on other client matters scheduled prior to this Court's entry of the Order.

3. The Parties have agreed to postpone the Evidentiary Hearing and would like to reschedule it for February 20, 2015 at 9 a.m.

4. A Proposed Order is attached hereto for the Court's convenience.

**DATED:** December 23, 2014

| | |
|---|---|
| **U.S. SECURITIES & EXCHANGE COMMISSION** | **HUNTER TAUBMAN WEISS LLP** |
| ss//: Christopher E. Martin | /s/ Mark David Hunter |
| Christopher E. Martin, Esq. | Mark David Hunter, Esq. |
| Arizona Bar No. 018486 | Florida Bar No. 12995 |
| 801 Brickell Avenue, Suite 1800 | 255 University Drive |
| Miami, Florida 33131 | Coral Gables, Florida 33134 |
| Tel: (305) 982-6386 | Tel: (305) 629-8816 |
| Fax: (305) 536-4154 | Fax: (305) 629-8877 |
| E-mail: martinc@sec.gov | E-mail: mdhunter@htwlaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

**CERTIFICATE OF SERVICE**

  I hereby certify that, on December 23, 2014, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record listed below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive Notices of Electronic Filing electronically.

Service List

Christopher E. Martin (CM/ECF)

John C. Coleman (CM/ECF)

Julie M. Russo (CM/ECF)

Sam P. Isreal (CM/ECF)


              /s/ Mark David Hunter
              Mark David Hunter, Esq.