UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SECURITIES & EXCHANGE
COMMISSION,

   Plaintiff,

v.          Case No: 2:10-cv-577-FtM-29DNF

BIH CORPORATION, WAYNE A.
BURMASTER, EDWARD W. HAYTER,
NORTH BAY SOUTH CORPORATION,
THE CADDO CORPORATION, and
BEAVER CREEK FINANCIAL
CORPORATION,

   Defendants.

_____

## JUDGMENT IN A CIVIL CASE

**Jury Verdict:**

  A portion of this action came before the Court for a trial by jury. The issues have been tried or heard and the Jury rendered its Verdict on August 8, 2014.

  **IT IS ORDERED AND ADJUDGED:**

  1. Based upon the Jury Verdict, Judgment is entered in favor of Plaintiff and against Defendant Edward W. Hayter as to Counts I-V.

**Non-Jury Issues:**

  **IT IS FURTHER ORDERED AND ADJUDGED:**

  2. Based upon the Jury's finding of liability and the Court's December 12, 2014 Opinion and Order (Doc. #247),

Plaintiff's Motion for Entry of Final Judgment of Permanent Injunction and Other Relief Against Defendant Edward W. Hayter (Doc. #238) is GRANTED and Judgment is entered in favor of Plaintiff and against Defendant Edward W. Hayter as more fully set forth therein.

SHERYL L. LOESCH, CLERK


By: /s/Brenda M. Alexander, Deputy Clerk
Date:  January 5, 2015



Copies:  All parties and counsel of record