UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

__SEC_____
Plaintiff(s)

VS.

__BIH Corp., et al__
Defendant(s)

CASE NO: __2:10-cv-577-FtM-29DNF__

☒ Evidentiary
☐ Trial
☐ Other _____

☒ Plaintiff's
☐ Government's
☐ Defendant's
☐ Court's

EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 180 | | 01/27/15 | | Noble Financial Brokerage Record |