```
                     UNITED STATES DISTRICT COURT
                      MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION

SECURITIES    &    EXCHANGE
COMMISSION,

        Plaintiff,

v.                                    Case No: 2:10-cv-577-FtM-29DNF

EDWARD W. HAYTER, NORTH BAY
SOUTH CORPORATION, THE CADDO
CORPORATION,   and   BEAVER
CREEK FINANCIAL CORPORATION,

        Defendants.
```

**ORDER**

This matter comes before the Court on Defendants' Motion to Strike Plaintiff's Notice of Supplemental Authority (Doc. #260) filed on January 23, 2015. Plaintiff filed a Response (Doc. #261) on January 26, 2015.

Defendants move to strike Plaintiff's Notice of Supplemental Authority (the Notice) (Doc. #259) as improperly filed. The Notice purports to provide the Court with additional legal support for the positions taken in Plaintiff's pending Motion for Final Judgments Against Defendants Bimini Reef Real Estate, Inc., Riverview Capital Inc., Christopher L. Astrom, and Damian B. Guthrie (Doc. #149). The Local Rules prohibit the filing of "any reply or further memorandum" directed toward a motion without first obtaining leave from the Court. M.D. Fla. R. 3.01(c). Plaintiff

did not obtain the Court's leave prior to filing the Notice. Accordingly, the Notice violates Local Rule 3.01(c) and will be stricken.

Accordingly, it is hereby

**ORDERED:**

Defendants' Motion to Strike Plaintiff's Notice of Supplemental Authority (Doc. #260) is **GRANTED** and Plaintiff's Notice of Supplemental Authority (Doc. #259) is **STRICKEN.**

**DONE and ORDERED** at Fort Myers, Florida, this ___28th___ day of January, 2015.

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record