UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SECURITIES & EXCHANGE COMMISSION,

    Plaintiff,

v.  Case No: 2:10-cv-577-FtM-29DNF

EDWARD W. HAYTER, NORTH BAY SOUTH CORPORATION, THE CADDO CORPORATION, and BEAVER CREEK FINANCIAL CORPORATION,

    Defendants.

## ORDER

This matter comes before the Court on Defendant's Motion for a New Trial or to Alter and Amend Judgment (Doc. #269) filed on February 3, 2015. Plaintiff filed a Response (Doc. #270) on February 17, 2015. In the motion, Defendant, proceeding *pro se*, lists his grounds for relief in general terms and requests additional time to file a memorandum in support. Defendant's request is granted. He may file a memorandum in support of the motion on or before May 15, 2015. Plaintiff may file a response on or before May 29, 2015.

Defendant also requests access to the Court's electronic filing system so that he can avoid the burden of providing paper copies of the voluminous exhibits he intends to file in support of the motion. This request is denied. In lieu of paper exhibits,

Defendant may instead file with the Clerk a CD or DVD containing clearly-labeled PDF versions of his exhibits.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

Defendant's Motion for a New Trial or to Alter and Amend Judgment (Doc. #269) is **TAKEN UNDER ADVISEMENT.** As set forth herein, Defendant may file a memorandum in support of his motion on or before May 15, 2015. Plaintiff may file a response on or before May 29, 2015.

**DONE and ORDERED** at Fort Myers, Florida, this ___1st___ day of May, 2015.

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record