FILED

15 JUL 27 PM 2: 13

CLERK
MIDDLE DISTRICT OF FLORIDA
FT. MYERS, FLORIDA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MEYERS DIVISION

SECURITIES AND EXCHANGE )
COMMISSION, )
                              )
       Plaintiff, )
                              )
v. ) No. 2:10cv577-FTM-29 DNF
                              )
BIH CORPORATION, et al, )
                              )
       Defendants. )

### NOTICE OF APPEAL

Defendant Edward Hayter ("Hayter") notifies the Court that he intends to, and hereby does, appeal from the Order entered June 1, 2015, the judgment entered January 6, 2015, the Order granting judgment filed on December 12, 2014, and all interlocutory orders and pretrial determinations, to the United States Court of Appeals for the Eleventh Circuit.

Respectfully submitted,

Edward Hayter

1