IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 15-13467-B

_____

SECURITIES AND EXCHANGE COMMISSION,

                                    Plaintiff - Appellee,

versus

BIH CORPORATION,

                                    Defendant - Cross Defendant,

WAYNE A. BURMASTER,

                                    Defendant - Cross Claimant,

EDWARD W. HAYTER,

                                    Defendant - Appellant,

NORTH BAY SOUTH CORPORATION, et al.,

                                    Defendants.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R.42-1(b), this appeal is DISMISSED for
want of prosecution because the appellant Edward W. Hayter failed to file a Transcript Order
Form within the time fixed by the rules, effective August 27, 2015.

AMY C. NERENBERG
Acting Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Melanie Gaddis, B, Deputy Clerk

FOR THE COURT - BY DIRECTION