IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 15-13467-BB
_____

SECURITIES AND EXCHANGE COMMISSION,

                              Plaintiff - Appellee,

versus

BIH CORPORATION,

                              Defendant - Cross Defendant,

WAYNE A. BURMASTER,

                              Defendant - Cross Claimant,

EDWARD W. HAYTER,

                              Defendant - Appellant,

NORTH BAY SOUTH CORPORATION, et al.,

                              Defendants.
_____

Appeal from the United States District Court
for the Middle District of Florida
_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R. 42-2(c), this appeal is hereby DISMISSED for want of prosecution because the appellant Edward W. Hayter has failed to file an appellant's brief and appendix within the time fixed by the rules, effective November 24, 2015.

                              AMY C. NERENBERG
             Acting Clerk of Court of the United States Court
                 of Appeals for the Eleventh Circuit

                   by: Carol R. Lewis, BB, Deputy Clerk

FOR THE COURT - BY DIRECTION